JOHN MAHONY, Respondent, *v.* HEMAN CLARK et al., Appellants.

Reported below, 1 App. Div. 196.
(Argued November 30, 1896; decided December 8, 1896.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial

department, entered February 8, 1896, which modified, and as modified affirmed, a judgment in favor of plaintiff entered upon a verdict. The motion was made upon the ground that the Appellate Division has unanimously decided that the verdict was supported by evidence, and that no questions of law are raised by the appellants' exceptions which will be reviewed by the Court of Appeals.

*Thornall & Pierce* for motion.

*Niles & Johnson* opposed.

Motion granted.